UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS GRIFFIN,

    Plaintiff,

v.                                              Case No. 3:22-cv-138-TJC-JBT

WASTE PRO OF FLORIDA, INC.,

    Defendant.

## O R D E R

    This Fair Labor Standards Act case is before the Court on review of the parties' proposed settlement agreement. On October 19, 2022, United States Magistrate Judge Leslie Hoffman Price held a settlement conference with Plaintiff Thomas Griffin and Defendant Waste Pro of Florida, Inc. (Doc. 40 at 1). The parties reached a proposed agreement at the settlement conference wherein Waste Pro would pay Griffin $2,000, exclusive of attorney's fees, to settle this action. Id. at 2. On October 20, 2022, Magistrate Judge Hoffman Price issued a Report and Recommendation recommending that the Court approve the proposed settlement agreement and keep this case open while the parties resolve attorney's fees. Id. at 2–3. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C.

§ 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 40), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 40) is **ADOPTED** as the opinion of the Court.

2. The Court **APPROVES** the parties' settlement agreement as specified in the Report and Recommendation (Doc. 40).

3. The Clerk is directed to **enter final judgment** in favor of Plaintiff Thomas Griffin against Defendant Waste Proof Florida, Inc., in the amount of $2,000. The case remains open.

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Leslie Hoffman Price
United States Magistrate Judge

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

2